UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

VERNICE M. BELL,
    Plaintiff,

v.

WEYERHAEUSER NR COMPANY,
    Defendant.

**JUDGMENT**

No. 4:17-CV-168-FL

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendant's motion to dismiss, pursuant to Federal Rule of Civil Procedure 12(b)(6) and defendant's motion for civil contempt.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's orders entered January 19, 2018 and March 1, 2018, and for the reasons set forth more specifically therein, that defendant's motion to dismiss is GRANTED and Plaintiff's claims are DISMISSED against defendant. Plaintiff is sanctioned in the amount of $3,878.69 for defendant's costs and attorneys' fees incurred in connection with filing the motion to dismiss and motion for civil contempt. This amount is now due and owing by plaintiff to defendant.

**This Judgment Filed and Entered on March 1, 2018, and Copies To:**
Vernice M. Bell (via U.S. Mail at 1676 US Hwy 64 E, Plymouth, NC 27962)
Sarah J. Douglas (via CM/ECF Notice of Electronic Filing)
Keith M. Weddington (via CM/ECF Notice of Electronic Filing)

March 1, 2018                  PETER A. MOORE, JR., CLERK
                                        /s/ Susan W. Tripp
                                        (By) Susan W. Tripp, Deputy Clerk